AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>EPIFANIO BAUTISTA-RENTERIA<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)          6:16MJ 10<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 7, 2016__ in the county of __Smith__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Defendant, violated 21 U.S.C. § 841(a)(1) and (b)(1)(B) by possessing, with intent to distribute, and distribution of a controlled substance, namely 500 grams or more of a mixture containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:
See Attachment.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eric G. Whitaker, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-15-16

_____
*Judge's signature*

City and state: Tyler, Texas        Honorable K. Nicole Mitchell, U.S. Magistrate Judge
*Printed name and title*