|           |                    |     |                          |
|-----------|--------------------|-----|--------------------------|
| DATE:     | 1-15-2016          | CASE NUMBER: | 6:16mj10      |
| LOCATION: | Tyler              |     |                          |
| JUDGE:    | K. NICOLE MITCHELL | USA VS. | Epifanio Bautista-Renteria |
| DEP. CLERK: | Lisa Hardwick    |     |                          |
| RPTR/ECRO: | Lisa Hardwick     | Jim Noble | Deft will retain counsel |
| USPO:     | Nathan Manley      |     |                          |
| INTERPRETER: | Norma Meeks     |     |                          |
| TIME START: | 2:32 p.m.        |     |                          |
| TIME END: | 2:42 p.m.          |     |                          |

## INITIAL APPEARANCE

| X | Initial Appearance called | X | Initial Appearance held |
|---|---------------------------|---|-------------------------|
|   | Defendant appears with counsel | X | Dft appears without counsel |
| X | Date of Arrest: 1-15-2016 | X | Dft's first appearance with counsel |
| X | Dft advised of charges | X | Df advised of right to counsel |
| X | Dft advised maximum penalties | X | Dft advised of right to remain silent |
|   | Dft requested court appointed counsel |   | Court finds Dft eligible and appoints: |
| X | Gvt oral motion for Detention | X | Gvt Oral Motion for Continuance of Detention hearing |
| X | Preliminary Hearing set: 1-20-16 at 10:00 a.m. | X | Detention Hearing set: 1-20-16 at 10:00 a.m. |
|   | Order of Conditions of Release |   | Appearance Bond |
|   | Waiver of Detention Hearing |   | Waiver of Preliminary Hearing |
|   | Order of Detention |   | Order of Probable Cause |
| X | Dft remanded to the custody of the US Marshal |   | Dft released on bond |